ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 NOV -9  AM 11: 21

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KEITH HENDERSON, ) | |
| Plaintiff, ) | |
| v. ) | CV 312-093 |
| LARRY BUTTS, Deputy Warden, et al., ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED** (doc. no. 2), and this civil action is **DISMISSED**. If Plaintiff wishes to proceed with this civil action, he must submit a new complaint, along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*). Furthermore, Plaintiff is enjoined from seeking to proceed IFP again absent sworn allegations that he is in "imminent danger."

SO ORDERED this 9th day of November, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE